Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

## United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| | ) Chapter 13 |
| | ) |
| | ) Case No.: 8:07-bk-11936-TA |
| JENNIFER L RUDEEN | ) |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) **(Bankruptcy Rule 3010)** |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301108** in the sum of **$  8.81**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule .  The name and

address of the party entitled to said unclaimed dividend is as follows:

        JENNIFER L RUDEEN
        3010 S BRADFORD PLACE
        UNIT A
        SANTA ANA, CA #REF!

Date: September 19, 2011          /S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0711936 | JENNIFER L RUDEEN | XXX-XX-1023 | 8.81 | 0.00 | 8.81 |
| | ACCT: | Claim: 00000 | | | |
| | | TOTALS | 8.81 | 0.00 | 8.81 |

JENNIFER L RUDEEN

BALANCE:                    [0.00  99/00000]
SSN: XXX-XX-1023   SSN:
ACCT:                          CASE: 0711936
PRINCIPAL:        8.81    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301108

Aug 22, 2011

VOID 90 DAYS FROM DATE

*********$8.81

**PAY**   Eight And 81/ 100 Dollars

**TO THE**   *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
**ORDER OF**   255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0301108⑆ ⑈061100790⑈000000575186 2⑈